BUCKSPORT NAT. BANK v. CONNERS. In re FREDERICK. (Circuit Court of Appeals, First Circuit. October 14, 1914.) No. 1072. Appeal from the District Court of the United States for the District of Maine; Clarence Hale, Judge. Suit in equity by Charles P. Conners, trustee of John I. Frederick, bankrupt, against the Bucksport National Bank. Decree for complainant, and defendant appeals. Affirmed. For opinion below, see 214 Fed. 847. Raymond Fellows, of Bangor, Me., and Frank Fellows, of Portland, Me.,

(Oscar F. Fellows and Fellows & Fellows, all of Bangor, Me., on the brief), for appellant. Bertram L. Fletcher, of New York City (J. Richard Larkin, of Boston, Mass., on the brief), for appellee. Before PUTNAM, DODGE, and BINGHAM, Circuit Judges.

PER CURIAM. The facts in this case are fully stated in the opinion of the learned judge of the District Court, and the law carefully applied therein to those facts. It is not necessary for us to reiterate what is there stated. We all think that the findings of the learned judge therein, and the reasoning upon which his conclusions are based, are correct. The decree of the District Court is affirmed, with costs for the appellee.